# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Steven Burda,                              :
                    Petitioner             :
                                           :
         v.                                :         No. 162 C.D. 2018
                                           :
Department of Human Services,              :
                    Respondent             :

## O R D E R

NOW, February 5, 2020, upon consideration of Petitioner's second application for reconsideration (RECON II), the application is denied.

MARY HANNAH LEAVITT,
President Judge